RECEIVED
MAR - 1 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ANGELA CLAIRE HAYES | CIVIL ACTION NO. 6:14-2428 |
| VERSUS | JUDGE DOHERTY |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court adopts the entirety of the report and recommendation, with the exception of section F. [Doc. 10, pp. 16-22] Rather, the Court finds plaintiff did not meet Listing 11.03 for the period of August 31, 2011 to July 5, 2012, because she did not meet the twelve month durational requirement. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision be AFFIRMED in its entirety, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___1st___ day of March, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE